IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 21941

In the Matter of SCOTT WILLIAM ANDERSON,
*Respondent.*

ORDER OF DISBARMENT

The court admitted Scott William Anderson to the practice of law in Kansas on June 9, 2006.

On November 14, 2024, a jury convicted Anderson of 14 charges of financial fraud. In support, the jury found, among other things, that Anderson provided false information on loan applications, forged signatures, and directed employees to impersonate others.

On March 4, 2025, Anderson, with counsel, John J. Ambrosio, and the Office of the Disciplinary Administrator, filed a joint motion asking the court to accept Anderson's voluntary surrender of his Kansas law license under Supreme Court Rule 230(b) (2024 Kan. S. Ct. R. at 287). The parties agree the facts underlying Anderson's jury conviction constitute repeat violations of Kansas Rule of Professional Conduct 8.4(b) (2024 Kan. S. Ct. R. at 430), which directs that "[i]t is professional misconduct for a lawyer to . . . commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects."

The court grants the parties' joint motion, accepts Anderson's voluntary surrender of his law license, disbars Anderson under Rule 230(b), and revokes Anderson's license and privilege to practice law in Kansas.

The court further orders the Office of Judicial Administration to strike the name of Scott William Anderson from the roll of attorneys licensed to practice law in Kansas effective the date of this order.

The court notes that under Rule 230(b)(1)(C), any Kansas disciplinary case pending against Anderson terminates effective the date of this order. The Disciplinary Administrator may direct an investigator to complete any pending investigation to preserve evidence.

Finally, the court directs that this order be published in the Kansas Reports, that the costs herein be assessed to Anderson under Supreme Court Rule 229 (2024 Kan. S. Ct. R. at 286), and that Anderson comply with Supreme Court Rule 231 (2024 Kan. S. Ct. R. at 289).

Dated this 14th day of March 2025.